[No. 24810-7-II.  Division Two.  July 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD HOWARD McELFISH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00307-1, Roger A. Bennett, J., entered June 18, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 24818-2-II.  Division Two.  July 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM C. KENNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-8-00417-1, Roger A. Bennett, J., entered June 4, 1999. *Affirmed* by unpublished opinion .per Houghton, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 24789-5-II.  Division Two.  July 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL L. DAVISON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-00421-1, Terry Kay McCluskey, J., entered June 11, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 24778-0-II.  Division Two.  July 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICK O. McCLAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-1-00303-3, David R. Draper, J., entered June 9, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Seinfeld, J.